WILLIAM FRANCIS BROWN, by JOSEPH FRANCIS BROWN, His Guardian ad Litem, Appellant, v. SAMUEL ROSEN, Respondent.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

RUSSELL CLARK, Respondent, v. ANNA COHN, Appellant, and THE NEW YORK EVENING POST, Defendant.— Motion for stay granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

STEPHANO FERRARO, Respondent, v. MARRILLARD BUILDERS, INC., Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

JOSEPH FOLEY, Appellant, v. ZACHARIE MOISAN, Respondent, and CHARLES W. WALZ, Appellant.— Motion of appellant Walz for leave to appeal to the Court of Appeals denied. (See Bopp v. N. Y. El. Vehicle Transp. Co., 177 N. Y. 33.) Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of JOHN M. HORAN and ELIZABETH HORAN, Appellants, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and REBECCA FRIEDMAN and Others, Intervenors, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of Charges Preferred by HENRY G. KOLB, Captain of Engine and Truck Company No. 4, Respondent, v. GILBERT WINN, Fireman, Assigned to Engine and Truck Company No. 4, Appellant.— Motion to compel acceptance of notice of appeal granted, without prejudice to an application to dismiss the appeal upon the argument. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Proposed Incorporation of the VILLAGE OF BELLE TERRE. — Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs, upon the ground that the Village Law does not authorize an appeal to the Appellate Division from the order of the County Court directing the election, which order the law (§ 8) declares "shall be final and conclusive." Section 18 of the law permits an appeal to this court from the order of the County Court after the election has been held. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.